UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-628-10 |
| | § | |
| MICHAEL PYLES | § | |

### ORDER DENYING MOTION TO SUBSTITUTE COUNSEL

On this day came on to be considered the motion of Defendant Michael Pyles to allow him to substitute counsel in this cause (D.E. 83). For the reasons stated in Magistrate Judge Brian L. Owsley's Order signed on December 18, 2007, Defendant Pyles' motion is DENIED.

SIGNED and ORDERED this 20th day of December, 2007.

_____
Janis Graham Jack
United States District Judge

1 / 1